**O**

# United States District Court
# Central District of California

| | |
|---|---|
| RICHARD SLAUGHTER, an individual, | Case No. 5:16-CV-01544-ODW(SP) |
| Plaintiff, | |
| v. | **ORDER RE JURY TRIAL** |
| CUSTOMIZED DISTRIBUTION SERVICES INC.; and DOES 1-50, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

On November 28, 2016, the parties filed a Joint Report pursuant to Federal Rule of Civil Procedure 26(f). (ECF No. 12.) In that report, Plaintiff requested a jury trial. However, neither party previously made a timely request for a jury trial pursuant to Rule 38(b). Therefore, Rule 38(d) requires this Court to proceed with a bench trial. However, should the parties file a stipulation requesting a jury trial by December 13, 2016, the Court will proceed with a jury trial.

**IT IS SO ORDERED.**

November 29, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**